## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF FLORIDA
## PENSACOLA DIVISION

MID-CONTINENT CASUALTY
COMPANY, a foreign corporation and
GREAT AMERICAN INSURANCE
COMPANY, a foreign corporation,

        Plaintiffs,

v.

ADAMS HOMES OF NORTHWEST
FLORIDA, INC., A FLORIDA
CORPORATION, JONILEA FOSTER
BELL, AS TRUSTEE OF THE JONILEA
FOSTER BELL REVOCABLE TRUST,
ALEX R. KISH AND DIANA J. KISH, AS
CO-TRUSTEES OF THE ALEX R. KISH
REVOCABLE TRUST AGREEMENT
DATED MAY 15, 2009, AND DIANA J.
KISH AND ALEX R. KISH, AS CO-
TRUSTEES OF THE DIANA J. KISH
REVOCABLE TRUST AGREEMENT
DTED MAY 15, 2009, AND SAMUEL A.
OSBORNE, A CITIZEN OF FLORIDA,

        Defendants.

Case No: 3:16cv00233RV-EMT

## NOTICE OF APPEAL

NOTICE is hereby given that Defendant ADAMS HOMES OF NORTHWEST FLORIDA, INC. by and through its undersigned attorneys, hereby appeals to the United States Court of Appeals for the Eleventh Circuit from a Final Judgment Pursuant to Fed.R.Civ.P. 54(B) entered in this action on May 16, 2017.

The nature of the order is one declaring that Plaintiff, Mid-Continent Casualty Company, did not have a duty to defend Adams Homes of Northwest Florida, Inc., determining that this claim is distinct and separable from the remaining issues before the district court, finding no just reason to delay appeal of that declaration, and entering final judgment thereon.

Respectfully submitted,

*/s/ Robert C. Palmer, III*_____
Robert C. Palmer, III
Florida Bar No:  316776
bpalmer@shellfleming.com
kmoore@shellfleming.com
dcross@shellfleming.com
SHELL FLEMING DAVIS MENGE, PA
226 Palafox Place, 9th Floor
Pensacola, FL  32502
850 434-2411

*Attorneys for Defendant/Appellant Adams Homes of Northwest Florida, Inc.*

2

## CERTIFICATE OF COMPLIANCE WITH NORTHERN DISTRICT OF FLORIDA LOCAL RULE 7.1(F)

Defendant/Appellant's Notice complies with the word limitation of N.D. Fla. Loc. R. 7.1(F) because it contains 107 words not including caption, signature block or certificate of service.

/s/ Robert C. Palmer, III_____
Robert C. Palmer, III

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of this document was furnished via the CM/ECF System on this 14th day of June, 2017. I further certify that I am not aware of any non-CM/ECF participants.

/s/ Robert C. Palmer, III_____
Robert C. Palmer, III