## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF FLORIDA
## PENSACOLA DIVISION

MID-CONTINENT CASUALTY
COMPANY, a foreign corporation and
GREAT AMERICAN INSURANCE
COMPANY, a foreign corporation

        CASE NO. 3:16cv00233RV-EMT

        Plaintiffs,

vs.

Adams Homes of Northwest Florida, Inc., a
Florida corporation, Jonilea Foster Bell, as
a trustee of the Jonilea Foster Bell
Revocable Trust, Alex R. Kish and Diana
J. Kish, as co-trustees of the Alex R. Kish
Revocable Trust Agreement dated May 15,
2009, and Diana J. Kish and Alex R. Kish,
as co-trustees of the Diana J. Kish
Revocable Trust Agreement dated May 15,
2009, and Samuel A. Osborne, a citizen of
Florida,

        Defendants.

_____/

## FINAL JUDGMENT

Based on this court's previous rulings regarding Adams Homes of
Northwest Florida Inc.'s claims for attorney's fees and prejudgment interest
DE 83, 87, and 97) it is here upon:

ORDERED AND ADJUDGED that a Final Judgment favoring Adams Homes Of Northwest Florida, Inc. shall be entered based on the following findings by this Court:

1) Adams Homes is entitled to prejudgment interest on appellate fees in the amount of $2,076.00.

2) Adams Homes is entitled to prejudgment interest in the amount of $19,023.93 on fees it paid to the law firm of Emmanuel Sheppard and Condon.

3) Adams Homes is entitled to litigations costs incurred in the defense of the underlying suit in the amount of $18,927.17.

4) Based on a payment made to Adams Homes of Northwest Florida Inc. Mid –Continent Casualty Company is entitled to credit against amounts previously awarded by this court and that credit is $580,991.54.

For all of these reasons and those included in DE 83, 87, and 97 this court enters a Final Judgment in favor of Adams Homes of Northwest Florida Inc. in the amount of $40,025.10

**DONE and ORDERED** this 27th day of June 2019

/s/ Roger Vinson

**ROGER VINSON**
**Senior United States District Judge**