**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**PENSACOLA DIVISION**

MID-CONTINENT CASUALTY
COMPANY, a foreign corporation and
GREAT AMERICAN INSURANCE
COMPANY, a foreign corporation,

      Plaintiffs,

v.

ADAMS HOMES OF NORTHWEST
FLORIDA, INC., A FLORIDA
CORPORATION, JONILEA FOSTER
BELL, AS TRUSTEE OF THE JONILEA
FOSTER BELL REVOCABLE TRUST,
ALEX R. KISH AND DIANA J. KISH, AS
CO-TRUSTEES OF THE ALEX R. KISH
REVOCABLE TRUST AGREEMENT
DATED MAY 15, 2009, AND DIANA J.
KISH AND ALEX R. KISH, AS CO-
TRUSTEES OF THE DIANA J. KISH
REVOCABLE TRUST AGREEMENT
DTED MAY 15, 2009, AND SAMUEL A.
OSBORNE, A CITIZEN OF FLORIDA,

      Defendants.

_____/

Case No:  3:16-cv-00233-RV-
           EMT

### **NOTICE OF APPEAL**

NOTICE is hereby given that Defendant ADAMS HOMES OF NORTHWEST FLORIDA, INC. by and through its undersigned attorneys and under 28 U.S.C. § 1291, hereby appeals to the United States Court of Appeals for the Eleventh Circuit from the Final Judgment awarding ADAMS HOMES attorney fees,

1

costs, and prejudgment interest in the total amount of $40,025.10 entered on June 27, 2019 (Doc. 99).

Respectfully submitted,


*/s/ Robert C. Palmer, III*
Robert C. Palmer, III
Florida Bar No:  316776
bpalmer@shellfleming.com
kmoore@shellfleming.com
dcross@shellfleming.com
SHELL FLEMING DAVIS MENGE, PA
226 Palafox Place, 9th Floor
Pensacola, FL  32502
850 434-2411

*Attorneys for Defendant/Appellant Adams
Homes of Northwest Florida, Inc.*

2

## CERTIFICATE OF COMPLIANCE WITH NORTHERN DISTRICT OF FLORIDA LOCAL RULE 7.1(F)

Defendant/Appellant's Notice complies with the word limitation of N.D. Fla. Loc. R. 7.1(F) because it contains 164 words not including caption, signature block, or certificate of service.

/s/ Robert C. Palmer, III
Robert C. Palmer, III

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of this document was furnished via the CM/ECF System on this 26th day of July, 2019.  I further certify that I am not aware of any non-CM/ECF participants.

/s/ Robert C. Palmer, III
Robert C. Palmer, III

4849-1465-8025, v. 1

3