# UNITED STATES COURT OF APPEALS
# FOR THE ELEVENTH CIRCUIT

ELBERT PARR TUTTLE COURT OF APPEALS BUILDING
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

David J. Smith
Clerk of Court

For rules and forms visit
www.ca11.uscourts.gov

June 04, 2020

Clerk - Northern District of Florida
U.S. District Court
1 N PALAFOX ST
PENSACOLA, FL 32502

Appeal Number:  19-12892-AA
Case Style: Mid-Continent Casualty Co. v. Adams Homes of Northwest
District Court Docket No: 3:16-cv-00233-RV-EMT

A copy of this letter, and the judgment form if noted above, but not a copy of the court's decision, is also being forwarded to counsel and pro se parties. A copy of the court's decision was previously forwarded to counsel and pro se parties on the date it was issued.

The enclosed copy of the judgment is hereby issued as mandate of the court. The court's opinion was previously provided on the date of issuance.

Sincerely,

DAVID J. SMITH, Clerk of Court

Reply to:  Lois Tunstall
Phone #:  (404) 335-6191

Enclosure(s)

MDT-1 Letter Issuing Mandate

**UNITED STATES COURT OF APPEALS**
**For the Eleventh Circuit**

_____

No. 19-12892

_____

District Court Docket No.
3:16-cv-00233-RV-EMT

MID-CONTINENT CASUALTY COMPANY,
a foreign corporation,

GREAT AMERICAN INSURANCE COMPANY,
a foreign corporation,

                                    Plaintiffs - Counter Defendants
                                    - Appellees,

versus

ADAMS HOMES OF NORTHWEST FLORIDA INC,
a Florida corporation,

                                    Defendant - Counter Claimant
                                    - Appellant,

JONILEA FOSTER BELL,
as a Trustee of the Jonilea Foster Bell Revocable Trust, et al.,

                                    Defendants.
_____

Appeal from the United States District Court for the
Northern District of Florida
_____

JUDGMENT

It is hereby ordered, adjudged, and decreed that the opinion issued on this date in this appeal is
entered as the judgment of this Court.

Entered: April 29, 2020
For the Court: DAVID J. SMITH, Clerk of Court
By: Jeff R. Patch